■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID McCLENDON, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed November 9, 1976, the sentence being an indeterminate term of imprisonment with a maximum of three years. Appeal dismissed. The maximum term of defendant's sentence has expired. Gulotta, J. P., Cohalan, Margett and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. MILLER, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Dutchess County, imposed September 19, 1979. Sentence affirmed. No opinion. This case is remitted to the County Court, Dutchess County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and Weinstein, JJ., concur.